# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| Oakley Inc, | CASE NO. 15CV1582-BEN(BLM) |
|---|---|
| Plaintiff, | **ORDER TAXING COSTS** |
| vs. | |
| Sunrayz, | |
| Defendants. | |

Upon application of Oakley, Inc., a Bill of Costs [15] was filed on April 12, 2016 scheduling a hearing for 5/3/2016 at 10:00 am. A Notice was entered instructing the defendants to file an opposition or responsive pleading on or before April 26, 2016, no opposition or responsive pleading has been filed as of April 29, 2016. The Bill of Costs hearing date of April 12, 2016 is vacated and costs will be entered pursuant to Civil LR 54.1. Costs are taxed as follows:

| *Description* | *Amount(s)* *Requested* | *Amount(s)* *Taxed* |
|---|---|---|
| Fees of the clerk | $400.00 | $400.00 |
| Fees for service of summons and subpoenas | $528.13 | $528.13 |
| ***TOTAL COSTS TAXED*** in favor of Oakley, Inc. | $928.13 | **$928.13** |

Counsel's attention is called to Local Rule 54.1.h which provides in part that a motion to re-tax by any party, in accordance with Rule 54(d), FRCivP and Local Rule 7.1, shall be served and filed within seven (7) days after receipt of the Order Taxing Costs, or unless within the seven (7) day period the court permits the motion to be made orally.

Dated: April 29, 2016

John Morrill, Clerk of Court

*S/ N. Prewitt*
Nancy S. Prewitt, CRD Supervisor

cc:   All Parties