UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SUNRAYZ,<br><br>　　　　　　　　　　Defendant. | Case No.: 15CV1582 BEN (BLM)<br><br>**ORDER GRANTING MOTION TO SET ASIDE DEFAULT JUDGMENT**<br><br>[Docket No. 19] |

On June 16, 2016, Plaintiff Oakley, Inc. filed a Motion to Set Aside Default Judgment. (Docket No. 19.) The same day, Plaintiff filed a Notice of Voluntary Dismissal dismissing Defendant Sunrayz. (Docket No. 20.) Plaintiff represents that the parties have reached a settlement and the Motion is being submitted pursuant to the parties' settlement. Sunrayz does not oppose Plaintiff's request.

The Motion is **GRANTED**. The Judgment against Sunrayz is vacated. In light of the voluntary dismissal of Sunrayz, the case remains closed.

**IT IS SO ORDERED.**

Dated: June 21, 2016

_____
Hon. Roger T. Benitez
United States District Judge

1

15CV1582 BEN (BLM)